669 A.2d 929

**COUNTY OF DELAWARE and Delaware County Solid Waste Authority,**

v.

**RAYMOND T. OPDENAKER & SONS, INC. and J. & K. Trash Removal, Inc. and John L. Blosenski & Sons, Inc. and C.T. Iuliano, Inc., t/a White Glove Trash Disposal Removal Company, Appellants.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1995.

Decided Dec. 29, 1995.

Stephen P. Lagoy, Chadds Ford, for Opdenaker, et al.

John A. Fitzpatrick and James LaRosa, Philadelphia, for C.T. Iuliano, Inc.

Michael F.X. Gillin, Media, for Del. Co. and Del. Co. Solid Waste Auth.

Alvin S. Ackerman and Frances X. Crowley, Media, for County of Delaware.

Before NIX, C.J., and FLAHERTY, CAPPY and CASTILLE, JJ.

### *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., did not participate in the consideration or decision of this case.